

Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|----------------|------------------|----------------|------------|--------------|
| Jennifer Ducharme | Downs Racing, LP | | 140809 | 05/17/2026 | 05/23/2026 | 05/29/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 367.57 | 6.82 | 1,706.39 |
| YTD | 0.00 | 48,334.55 | 2,457.40 | 8,121.10 | -385.55 | 38,141.60 |

| Earnings | | | | | | |
|----------|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| BONUS | | 0 | | 0 | | 100.00 |
| FTO | | 0 | | | 71.5 | 3,919.04 |
| REG | 05/17/2026 - 05/23/2026 | 0 | 54.8118 | 2,192.48 | 0 | 44,315.51 |
| Earnings | | | | 2,192.48 | | 48,334.55 |

| Employee Taxes | | |
|----------------|---|---|
| Description | Amount | YTD |
| OASDI | 129.01 | 2,844.38 |
| Medicare | 30.17 | 665.22 |
| Federal Withholding | 103.69 | 2,303.19 |
| State Tax - PA | 63.88 | 1,408.43 |
| SUI-Team Member Paid - PA | 1.53 | 33.66 |
| City Tax - PLAIN | 38.29 | 844.22 |
| PA LST - PLAIN | 1.00 | 22.00 |
| Employee Taxes | 367.57 | 8,121.10 |

| Pre Tax Deductions | | |
|--------------------|---|---|
| Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 249.04 |
| Flex Spend Health | 65.38 | 1,438.36 |
| EE- Medical CDHP | 35.00 | 770.00 |
| Pre Tax Deductions | 111.70 | 2,457.40 |

| Post Tax Deductions | | |
|---------------------|---|---|
| Description | Amount | YTD |
| Business Reimbursement | | -535.59 |
| Supplemental Life | 6.82 | 150.04 |
| Post Tax Deductions | 6.82 | -385.55 |

| Employer Paid Benefits | | |
|------------------------|---|---|
| Description | Amount | YTD |
| Basic Life | 1.86 | 40.92 |
| Dental | 9.42 | 207.24 |
| Life AD&D Employer Paid | 0.40 | 8.80 |
| Long Term Disability | 5.26 | 115.72 |
| ER- Medical CDHP | 817.09 | 17,975.98 |
| Employer Paid Benefits | 834.03 | 18,348.66 |

| Taxable Wages | | |
|---------------|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,080.78 | 45,877.15 |
| Medicare - Taxable Wages | 2,080.78 | 45,877.15 |
| Federal Withholding - Taxable Wages | 2,080.78 | 45,877.15 |
| State Tax Taxable Wages - PA | 2,080.78 | 45,877.15 |
| City Tax Taxable Wages - PLAIN | 2,080.78 | 45,877.15 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 6000 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---------------|---|---|---|
| Description | Accrued | Reduced | Available |
| PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,706.39    USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jennifer Ducharme | Downs Racing, LP | | 140809 | 05/24/2026 | 05/30/2026 | 06/05/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.42 | 6.82 | 1,652.54 |
| YTD | 0.00 | 50,527.03 | 2,569.10 | 8,542.52 | -378.73 | 39,794.14 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| BONUS | | 0 | | 0 | | 100.00 | OASDI | 129.01 | 2,973.39 |
| FTO | | 0 | | | 71.5 | 3,919.04 | Medicare | 30.17 | 695.39 |
| REG | 05/24/2026 - 05/30/2026 | 0 | 54.8118 | 2,192.48 | 0 | 46,507.99 | Federal Withholding | 157.54 | 2,460.73 |
| | | | | | | | State Tax - PA | 63.88 | 1,472.31 |
| | | | | | | | SUI-Team Member Paid - PA | 1.53 | 35.19 |
| | | | | | | | City Tax - PLAIN | 38.29 | 882.51 |
| | | | | | | | PA LST - PLAIN | 1.00 | 23.00 |
| Earnings | | | | 2,192.48 | | 50,527.03 | Employee Taxes | 421.42 | 8,542.52 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 260.36 | Business Reimbursement | | -535.59 |
| Flex Spend Health | 65.38 | 1,503.74 | Supplemental Life | 6.82 | 156.86 |
| EE- Medical CDHP | 35.00 | 805.00 | | | |
| Pre Tax Deductions | 111.70 | 2,569.10 | Post Tax Deductions | 6.82 | -378.73 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life | 1.86 | 42.78 | OASDI - Taxable Wages | 2,080.78 | 47,957.93 |
| Dental | 9.42 | 216.66 | Medicare - Taxable Wages | 2,080.78 | 47,957.93 |
| Life AD&D Employer Paid | 0.40 | 9.20 | Federal Withholding - Taxable Wages | 2,080.78 | 47,957.93 |
| Long Term Disability | 5.26 | 120.98 | State Tax Taxable Wages - PA | 2,080.78 | 47,957.93 |
| ER- Medical CDHP | 817.09 | 18,793.07 | City Tax Taxable Wages - PLAIN | 2,080.78 | 47,957.93 |
| Employer Paid Benefits | 834.03 | 19,182.69 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |
| Total Dependent Amount | 3200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.54 | USD |



Downs Racing, LP   1280 Highway 315 Blvd Wilkes-Barre, PA 18702   +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|----------------|------------------|----------------|------------|--------------|
| Jennifer Ducharme | Downs Racing, LP | | 140809 | 05/31/2026 | 06/06/2026 | 06/12/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|-----------------|---------------------|---------|
| Current | 0.00 | 2,192.48 | 111.70 | 421.41 | 6.82 | 1,652.55 |
| YTD | 0.00 | 52,719.51 | 2,680.80 | 8,963.93 | -371.91 | 41,446.69 |

| Earnings | | | | | | |
|----------|--|--|--|--|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| BONUS | | 0 | | 0 | | 100.00 |
| FTO | | 0 | | | 71.5 | 3,919.04 |
| REG | 05/31/2026 - 06/06/2026 | 0 | 54.8118 | 2,192.48 | 0 | 48,700.47 |
| Earnings | | | | 2,192.48 | | 52,719.51 |

| Employee Taxes | | |
|----------------|--|--|
| Description | Amount | YTD |
| OASDI | 129.01 | 3,102.40 |
| Medicare | 30.17 | 725.56 |
| Federal Withholding | 157.54 | 2,618.27 |
| State Tax - PA | 63.88 | 1,536.19 |
| SUI-Team Member Paid - PA | 1.52 | 36.71 |
| City Tax - PLAIN | 38.29 | 920.80 |
| PA LST - PLAIN | 1.00 | 24.00 |
| Employee Taxes | 421.41 | 8,963.93 |

| Pre Tax Deductions | | |
|--------------------|--|--|
| Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 271.68 |
| Flex Spend Health | 65.38 | 1,569.12 |
| EE- Medical CDHP | 35.00 | 840.00 |
| Pre Tax Deductions | 111.70 | 2,680.80 |

| Post Tax Deductions | | |
|---------------------|--|--|
| Description | Amount | YTD |
| Business Reimbursement | | -535.59 |
| Supplemental Life | 6.82 | 163.68 |
| Post Tax Deductions | 6.82 | -371.91 |

| Employer Paid Benefits | | |
|------------------------|--|--|
| Description | Amount | YTD |
| Basic Life | 1.86 | 44.64 |
| Dental | 9.42 | 226.08 |
| Life AD&D Employer Paid | 0.40 | 9.60 |
| Long Term Disability | 5.26 | 126.24 |
| ER- Medical CDHP | 817.09 | 19,610.16 |
| Employer Paid Benefits | 834.03 | 20,016.72 |

| Taxable Wages | | |
|---------------|--|--|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,080.78 | 50,038.71 |
| Medicare - Taxable Wages | 2,080.78 | 50,038.71 |
| Federal Withholding - Taxable Wages | 2,080.78 | 50,038.71 |
| State Tax Taxable Wages - PA | 2,080.78 | 50,038.71 |
| City Tax Taxable Wages - PLAIN | 2,080.78 | 50,038.71 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 3200 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.55   USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|----------------|------------------|----------------|------------|--------------|
| Jennifer Ducharme | Downs Racing, LP | 140809 | 06/07/2026 | 06/13/2026 | 06/18/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.42 | 6.82 | 1,652.54 |
| YTD | 0.00 | 54,911.99 | 2,792.50 | 9,385.35 | -365.09 | 43,099.23 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| BONUS | | 0 | | 0 | | 100.00 |
| FTO | | 0 | | | 71.5 | 3,919.04 |
| REG | 06/07/2026 - 06/13/2026 | 0 | 54.8118 | 2,192.48 | 0 | 50,892.95 |
| Earnings | | | | 2,192.48 | | 54,911.99 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 129.01 | 3,231.41 |
| Medicare | 30.17 | 755.73 |
| Federal Withholding | 157.54 | 2,775.81 |
| State Tax - PA | 63.88 | 1,600.07 |
| SUI-Team Member Paid - PA | 1.53 | 38.24 |
| City Tax - PLAIN | 38.29 | 959.09 |
| PA LST - PLAIN | 1.00 | 25.00 |
| Employee Taxes | 421.42 | 9,385.35 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 283.00 |
| Flex Spend Health | 65.38 | 1,634.50 |
| EE- Medical CDHP | 35.00 | 875.00 |
| Pre Tax Deductions | 111.70 | 2,792.50 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Business Reimbursement | | -535.59 |
| Supplemental Life | 6.82 | 170.50 |
| Post Tax Deductions | 6.82 | -365.09 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Basic Life | 1.86 | 46.50 |
| Dental | 9.42 | 235.50 |
| Life AD&D Employer Paid | 0.40 | 10.00 |
| Long Term Disability | 5.26 | 131.50 |
| ER- Medical CDHP | 817.09 | 20,427.25 |
| Employer Paid Benefits | 834.03 | 20,850.75 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,080.78 | 52,119.49 |
| Medicare - Taxable Wages | 2,080.78 | 52,119.49 |
| Federal Withholding - Taxable Wages | 2,080.78 | 52,119.49 |
| State Tax Taxable Wages - PA | 2,080.78 | 52,119.49 |
| City Tax Taxable Wages - PLAIN | 2,080.78 | 52,119.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 3200 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.54    USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|------|------|------|------|------|
| Jennifer Ducharme | Downs Racing, LP | | 140809 | 06/14/2026 | 06/20/2026 | 06/26/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|------|------|------|------|------|------|
| Current | 0.00 | 2,192.48 | 111.70 | 421.42 | 6.82 | 1,652.54 |
| YTD | 0.00 | 57,104.47 | 2,904.20 | 9,806.77 | -358.27 | 44,751.77 |

| Earnings | | | | | | | Employee Taxes | | |
|------|------|------|------|------|------|------|------|------|------|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| BONUS | | 0 | | 0 | | 100.00 | OASDI | 129.01 | 3,360.42 |
| FTO | | 0 | | | 71.5 | 3,919.04 | Medicare | 30.17 | 785.90 |
| REG | 06/14/2026 - 06/20/2026 | 0 | 54.8118 | 2,192.48 | 0 | 53,085.43 | Federal Withholding | 157.54 | 2,933.35 |
| | | | | | | | State Tax - PA | 63.88 | 1,663.95 |
| | | | | | | | SUI-Team Member Paid - PA | 1.53 | 39.77 |
| | | | | | | | City Tax - PLAIN | 38.29 | 997.38 |
| | | | | | | | PA LST - PLAIN | 1.00 | 26.00 |
| Earnings | | | | 2,192.48 | | 57,104.47 | Employee Taxes | 421.42 | 9,806.77 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 294.32 | Business Reimbursement | | -535.59 |
| Flex Spend Health | 65.38 | 1,699.88 | Supplemental Life | 6.82 | 177.32 |
| EE- Medical CDHP | 35.00 | 910.00 | | | |
| Pre Tax Deductions | 111.70 | 2,904.20 | Post Tax Deductions | 6.82 | -358.27 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life | 1.86 | 48.36 | OASDI - Taxable Wages | 2,080.78 | 54,200.27 |
| Dental | 9.42 | 244.92 | Medicare - Taxable Wages | 2,080.78 | 54,200.27 |
| Life AD&D Employer Paid | 0.40 | 10.40 | Federal Withholding - Taxable Wages | 2,080.78 | 54,200.27 |
| Long Term Disability | 5.26 | 136.76 | State Tax Taxable Wages - PA | 2,080.78 | 54,200.27 |
| ER- Medical CDHP | 817.09 | 21,244.34 | City Tax Taxable Wages - PLAIN | 2,080.78 | 54,200.27 |
| Employer Paid Benefits | 834.03 | 21,684.78 | | | |

| | Federal | State | Absence Plans | | | |
|------|------|------|------|------|------|------|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |
| Total Dependent Amount | 3200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|------|------|------|------|------|------|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.54 | USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Ducharme | Downs Racing, LP | 140809 | 06/21/2026 | 06/27/2026 | 07/02/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.42 | -55.01 | 1,714.37 |
| YTD | 0.00 | 59,296.95 | 3,015.90 | 10,228.19 | -413.28 | 46,466.14 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| BONUS | | 0 | | 0 | | 100.00 | OASDI | 129.01 | 3,489.43 |
| FTO | | 0 | | | 71.5 | 3,919.04 | Medicare | 30.18 | 816.08 |
| REG | 06/21/2026 - 06/27/2026 | 0 | 54.8118 | 2,192.48 | 0 | 55,277.91 | Federal Withholding | 157.54 | 3,090.89 |
| | | | | | | | State Tax - PA | 63.88 | 1,727.83 |
| | | | | | | | SUI-Team Member Paid - PA | 1.52 | 41.29 |
| | | | | | | | City Tax - PLAIN | 38.29 | 1,035.67 |
| | | | | | | | PA LST - PLAIN | 1.00 | 27.00 |
| Earnings | | | | 2,192.48 | | 59,296.95 | Employee Taxes | 421.42 | 10,228.19 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 305.64 | Business Reimbursement | -61.83 | -597.42 |
| Flex Spend Health | 65.38 | 1,765.26 | Supplemental Life | 6.82 | 184.14 |
| EE- Medical CDHP | 35.00 | 945.00 | | | |
| Pre Tax Deductions | 111.70 | 3,015.90 | Post Tax Deductions | -55.01 | -413.28 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life | 1.86 | 50.22 | OASDI - Taxable Wages | 2,080.78 | 56,281.05 |
| Dental | 9.42 | 254.34 | Medicare - Taxable Wages | 2,080.78 | 56,281.05 |
| Life AD&D Employer Paid | 0.40 | 10.80 | Federal Withholding - Taxable Wages | 2,080.78 | 56,281.05 |
| Long Term Disability | 5.26 | 142.02 | State Tax Taxable Wages - PA | 2,080.78 | 56,281.05 |
| ER- Medical CDHP | 817.09 | 22,061.43 | City Tax Taxable Wages - PLAIN | 2,080.78 | 56,281.05 |
| Employer Paid Benefits | 834.03 | 22,518.81 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |
| Total Dependent Amount | 3200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,714.37    USD |



Downs Racing, LP     1280 Highway 315 Blvd Wilkes-Barre, PA 18702     +1 570-831-2100
Jennifer Ducharme     110 E Franklin St Shavertown, PA 18708

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Ducharme | Downs Racing, LP | 140809 | 06/28/2026 | 07/04/2026 | 07/10/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.41 | 6.82 | 1,652.55 |
| YTD | 0.00 | 61,489.43 | 3,127.60 | 10,649.60 | -406.46 | 48,118.69 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| BONUS | | 0 | | 0 | | 100.00 |
| FTO | | 0 | | | 71.5 | 3,919.04 |
| REG | 06/28/2026 - 07/04/2026 | 0 | 54.8118 | 2,192.48 | 0 | 57,470.39 |
| Earnings | | | | 2,192.48 | | 61,489.43 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 129.00 | 3,618.43 |
| Medicare | 30.17 | 846.25 |
| Federal Withholding | 157.54 | 3,248.43 |
| State Tax - PA | 63.88 | 1,791.71 |
| SUI-Team Member Paid - PA | 1.53 | 42.82 |
| City Tax - PLAIN | 38.29 | 1,073.96 |
| PA LST - PLAIN | 1.00 | 28.00 |
| Employee Taxes | 421.41 | 10,649.60 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 316.96 |
| Flex Spend Health | 65.38 | 1,830.64 |
| EE- Medical CDHP | 35.00 | 980.00 |
| Pre Tax Deductions | 111.70 | 3,127.60 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Business Reimbursement | | -597.42 |
| Supplemental Life | 6.82 | 190.96 |
| Post Tax Deductions | 6.82 | -406.46 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Basic Life | 1.86 | 52.08 |
| Dental | 9.42 | 263.76 |
| Life AD&D Employer Paid | 0.40 | 11.20 |
| Long Term Disability | 5.26 | 147.28 |
| ER- Medical CDHP | 817.09 | 22,878.52 |
| Employer Paid Benefits | 834.03 | 23,352.84 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,080.78 | 58,361.83 |
| Medicare - Taxable Wages | 2,080.78 | 58,361.83 |
| Federal Withholding - Taxable Wages | 2,080.78 | 58,361.83 |
| State Tax Taxable Wages - PA | 2,080.78 | 58,361.83 |
| City Tax Taxable Wages - PLAIN | 2,080.78 | 58,361.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 3200 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| PA - Flexible Time Off Plan - Updated | 0 | 0 | 112.5 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.55     USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jennifer Ducharme | Downs Racing, LP | | 140809 | 07/05/2026 | 07/11/2026 | 07/17/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.42 | 6.82 | 1,652.54 |
| YTD | 0.00 | 63,681.91 | 3,239.30 | 11,071.02 | -399.64 | 49,771.23 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| BONUS | | | 0 | | 0 | 100.00 | | OASDI | 129.01 | 3,747.44 |
| FTO | 07/05/2026 - 07/11/2026 | 7.5 | 54.8118 | 411.09 | 79 | 4,330.13 | | Medicare | 30.17 | 876.42 |
| REG | 07/05/2026 - 07/11/2026 | 0 | 54.8118 | 1,781.39 | 0 | 59,251.78 | | Federal Withholding | 157.54 | 3,405.97 |
| | | | | | | | | State Tax - PA | 63.88 | 1,855.59 |
| | | | | | | | | SUI-Team Member Paid - PA | 1.53 | 44.35 |
| | | | | | | | | City Tax - PLAIN | 38.29 | 1,112.25 |
| | | | | | | | | PA LST - PLAIN | 1.00 | 29.00 |
| Earnings | | | | 2,192.48 | | 63,681.91 | | Employee Taxes | 421.42 | 11,071.02 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 328.28 | | Business Reimbursement | | -597.42 |
| Flex Spend Health | 65.38 | 1,896.02 | | Supplemental Life | 6.82 | 197.78 |
| EE- Medical CDHP | 35.00 | 1,015.00 | | | | |
| Pre Tax Deductions | 111.70 | 3,239.30 | | Post Tax Deductions | 6.82 | -399.64 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Basic Life | 1.86 | 53.94 | | OASDI - Taxable Wages | 2,080.78 | 60,442.61 |
| Dental | 9.42 | 273.18 | | Medicare - Taxable Wages | 2,080.78 | 60,442.61 |
| Life AD&D Employer Paid | 0.40 | 11.60 | | Federal Withholding - Taxable Wages | 2,080.78 | 60,442.61 |
| Long Term Disability | 5.26 | 152.54 | | State Tax Taxable Wages - PA | 2,080.78 | 60,442.61 |
| ER- Medical CDHP | 817.09 | 23,695.61 | | City Tax Taxable Wages - PLAIN | 2,080.78 | 60,442.61 |
| Employer Paid Benefits | 834.03 | 24,186.87 | | | | |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | PA - Flexible Time Off Plan - Updated | 0 | 7.5 | 105 |
| Total Dependent Amount | 3200 | | | | | | |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,652.54    USD |



Downs Racing, LP    1280 Highway 315 Blvd Wilkes-Barre, PA 18702    +1 570-831-2100
Jennifer Ducharme    110 E Franklin St Shavertown, PA 18708

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jennifer Ducharme | Downs Racing, LP | 140809 | 07/12/2026 | 07/18/2026 | 07/24/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,192.48 | 111.70 | 421.41 | -318.16 | 1,977.53 |
| YTD | 0.00 | 65,874.39 | 3,351.00 | 11,492.43 | -717.80 | 51,748.76 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| BONUS | | | 0 | | 0 | 100.00 |
| FTO | 07/12/2026 - 07/18/2026 | 7.5 | 54.8118 | 411.09 | 86.5 | 4,741.22 |
| REG | 07/12/2026 - 07/18/2026 | 0 | 54.8118 | 1,781.39 | 0 | 61,033.17 |
| Earnings | | | | 2,192.48 | | 65,874.39 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 129.01 | 3,876.45 |
| Medicare | 30.17 | 906.59 |
| Federal Withholding | 157.54 | 3,563.51 |
| State Tax - PA | 63.88 | 1,919.47 |
| SUI-Team Member Paid - PA | 1.52 | 45.87 |
| City Tax - PLAIN | 38.29 | 1,150.54 |
| PA LST - PLAIN | 1.00 | 30.00 |
| Employee Taxes | 421.41 | 11,492.43 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| EE - Dental Pretax | 11.32 | 339.60 |
| Flex Spend Health | 65.38 | 1,961.40 |
| EE- Medical CDHP | 35.00 | 1,050.00 |
| Pre Tax Deductions | 111.70 | 3,351.00 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Business Reimbursement | -324.98 | -922.40 |
| Supplemental Life | 6.82 | 204.60 |
| Post Tax Deductions | -318.16 | -717.80 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Basic Life | 1.86 | 55.80 |
| Dental | 9.42 | 282.60 |
| Life AD&D Employer Paid | 0.40 | 12.00 |
| Long Term Disability | 5.26 | 157.80 |
| ER- Medical CDHP | 817.09 | 24,512.70 |
| Employer Paid Benefits | 834.03 | 25,020.90 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,080.78 | 62,523.39 |
| Medicare - Taxable Wages | 2,080.78 | 62,523.39 |
| Federal Withholding - Taxable Wages | 2,080.78 | 62,523.39 |
| State Tax Taxable Wages - PA | 2,080.78 | 62,523.39 |
| City Tax Taxable Wages - PLAIN | 2,080.78 | 62,523.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 3200 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| PA - Flexible Time Off Plan - Updated | 0 | 7.5 | 97.5 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T BANK | M&T BANK ******2379 | ******2379 | | 1,977.53    USD |