Certificate Number: 17082-PAM-DE-041324755

Bankruptcy Case Number: 26-02132



17082-PAM-DE-041324755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2026</u>, at <u>8:57</u> o'clock <u>PM MST</u>, <u>JENNIFER C DUCHARME</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>August 13, 2026</u>

By:  <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>