# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jennifer Carol Ducharme,<br>aka Jennifer C Ducharme, aka Jennifer Ducharme, fka Jennifer Carol Dunigan, fka Jennifer Dunigan,<br><br>**Debtor 1** | Chapter 7<br><br>Case No. 5:26−bk−02132−MJC |

Social Security No.:
xxx−xx−5121

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: November 12, 2026

**fnldecac** (05/18)